IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN ALLEN PRATT    PLAINTIFF

v.    Civil No. 08-5123

SHERIFF KEITH FERGUSON,
Benton County, Arkansas; and
CAPTAIN HUNTER PETRAY,
Jail Administrator, Benton County
Detention Center    DEFENDANTS

## ORDER

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **March 6, 2009**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 18th day of November 2008.

/s/ *J. Marschewsk*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**